```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

        Plaintiff,

-against-

BEST WAY DRIVING SCHOOL INC, BEST WAY DRIVING SCHOOL INC., a New York corporation, d/b/a BEST WAY DRIVING SCHOOL, and FRANKLIN AVE ESTATES OWNER LLC, a Delaware limited liability company,

        Defendants.

1:21-cv-10872-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on December 19, 2021. [ECF No. 1]. Affidavits of service of summons and complaint were filed on the docket on February 27, 2022. [ECF Nos. 7-8]. According to those summonses, Defendants' responses to the complaint were due February 17, 2022. [ECF Nos. 7-8]. No responses were filed, and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by May 4, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by May 4, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date: April 4, 2022**
       **New York, NY**

                                                          */s/ Mary Kay Vyskocil*
                                                          **MARY KAY VYSKOCIL**
                                                          **United States District Judge**