UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

RICARDO VELASQUEZ,

           Plaintiff,

-against-

BEST WAY DRIVING SCHOOL INC, BEST WAY DRIVING SCHOOL INC., a New York corporation, d/b/a BEST WAY DRIVING SCHOOL, and FRANKLIN AVE ESTATES OWNER LLC, a Delaware limited liability company,

           Defendants.

1:21-cv-10872-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court has been informed by the mediator that a settlement was reached on all issues in this case. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by May 3, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: April 3, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**